IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Jim Wilmoth, | ) |
| | ) |
| | ) |
| PLAINTIFF, | ) CV NO.: |
| | ) |
| V. | ) |
| | ) |
| Alorica Customer Care, Inc and | ) JURY TRIAL DEMANDED |
| Melissa Horn, | ) |
| | ) |
| DEFENDANTS. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Plaintiff, JIM WILMOTH, through the undersigned attorney of record, and under the Order, making the following disclosure about parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the SOUTHERN District of Alabama's Order:    **This party is an individual.**

Dated:

_____
Kira Fonteneau
Felicia T. Long

OF COUNSEL:

THE FONTENEAU FIRM LLC
2151 Highland Avenue South, Ste. 205
Birmingham, Alabama 35205
T: (205) 564-9005 F: (205) 564-9006

29