IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JIM WILMOTH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-00509-TFM-M |
| | ) | |
| **ALORICA CUSTOMER CARE, INC.,** | ) | |
| and **MELISSA HORN,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pending before the court is a *Joint Status Report* (Doc. 13, filed 2/12/19), in which the parties note that the plaintiff is subject to an arbitration agreement with his former employer, Defendant Alorica Customer Care, Inc. In light of the arbitration agreement, the parties jointly request dismissal of this case or, alternatively, a stay pending the outcome of arbitration. Accordingly, the parties' joint request is **GRANTED** and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE and ORDERED** this 13th day of February 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE